589 P.2d 979

**STATE of Idaho, Plaintiff-Appellant,**

v.

**David Allen DALRYMPLE, Defendant-Respondent.**

**No. 12498.**

Supreme Court of Idaho.

Jan. 30, 1979.

David H. Leroy, Atty. Gen., Lynn E. Thomas, Deputy Atty. Gen., Boise, for plaintiff-appellant.

Daniel T. Eismann, Homedale, for defendant-respondent.

Before SHEPARD, C. J., DONALDSON, BAKES and BISTLINE, JJ., and SCOGGIN, J. Pro Tem.

PER CURIAM.

This is an appeal by the State from a district court order dismissing the criminal complaint against the defendant on grounds that he had been denied his right to a speedy trial.

We have reviewed the record in this case and have found no abuse of discretion on the part of the trial court in dismissing the criminal complaint. *Barker v. Wingo*, 407 U.S. 514, 92 S.Ct. 2182, 33 L.Ed.2d 101 (1972); *State v. Lindsay*, 96 Idaho 747, 531 P.2d 236 (1975). The order is affirmed.